# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Kevin M. Wallace
direct dial: 212.589.4637
kwallace@bakerlaw.com

January 10, 2022

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Burberry Limited et al. v. Various John Does et al. (21-cv-9294)*

Dear Judge Engelmayer:

We represent Plaintiffs Burberry Limited *et al.* in the above-referenced action. We write to request the Court permit Plaintiffs additional time to determine whether they will continue to litigate this matter against the John Doe Defendants. At the November 22 and November 29 hearings, Your Honor requested Plaintiffs advise the Court of their intention to continue litigating this matter following the anticipated failure to answer by the John Doe Defendants. As expected, none of the John Doe Defendants have filed answers, which were due by December 7 and December 13 respectively.

Plaintiffs continue to work to identify the John Doe Defendants at each of the locations identified in the complaint. Plaintiffs therefore respectfully request until February 14, 2022 to either move for default against the John Doe Defendants or dismiss this action.

Please let us know if Your Honor has any questions regarding this matter.

Respectfully submitted,

Kevin M. Wallace

Granted. SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
January 10, 2022